IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY PEREZ HERNANDEZ,

Plaintiff, No. CIV S-07-0252 GEB EFB P

vs.

JEANNE WOODFORD, et al.,

Defendants. FINDINGS AND RECOMMENDATIONS

_______________________________/

Plaintiff is a state prisoner proceeding without counsel in a civil rights action. *See* 42 U.S.C. 1983.

On March 13, 2007, the court dismissed plaintiff's claims against defendant Jeanne Woodford pursuant to 28 U.S.C. § 1915A, with leave to amend. The court informed plaintiff he could proceed against defendants J. Lebeck and Anthony Malfi by submitting materials for service within 20 days, but the court would construe his election so to proceed as consent to dismissal of his claims against defendant Jeanne Woodford without leave to amend.

On April 2, 2007, plaintiff submitted materials for service of defendants J. Lebeck and Anthony Malfi.

The court finds plaintiff has consented to dismissal of claims against defendant Jeanne Woodford without leave to amend.

Accordingly, it is hereby recommended that claims against defendant Jeanne Woodford be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE