IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY PEREZ HERNANDEZ,** | 2:07-cv-0252 GEB EFB P |
| Plaintiff, | **ORDER** |
| v. | |
| **JEANNE WOODFORD, et al.,** | |
| Defendants. | |

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants move for an extension of time to file and serve an answer to the complaint. *See* Fed. R. Civ. P. 6(a). Good cause appearing, defendants' June 29, 2007, motion is granted and defendants have 30 days from the date this order is signed to file and serve an answer.

**IT IS SO ORDERED.**

Dated: July 11, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE