IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY PEREZ HERNANDEZ,

      Plaintiff,                          No. CIV S-07-0252 GEB EFB P

     vs.

JEANNE WOODFORD, et al.,

      Defendants.                  ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On October 9, 2007, plaintiff filed a request for an order permitting him to propound specific questions to Officer Swoops, a non-party, at a deposition by written questions. On October 15, 2007, defendants filed an opposition. For the reasons explained below, plaintiff's request is denied.

      Generally, a party may obtain the testimony of any person by a deposition upon written questions without obtaining leave of court. Fed. R. Civ. P. 31(a)(1). However, leave of court is not required here. It is required only "if the person to be examined is confined in prison or if, without the written stipulation of the parties

> (A) a proposed deposition would result in more than ten depositions being taken under this rule or Rule 30 by the plaintiffs, or by the defendants, or by third-party defendants;

1

1        (B) the person to be examined has already been deposed in the case; or

2        (C) a party seeks to take a deposition before the time specified in Rule 26(d).

Fed. R. Civ. P. 31(a)(2). Plaintiff asserts that Officer Swoops is a prison guard. Thus, it appears that the person to be deposed is not confined in prison. Plaintiff does not state whether he has taken this person's deposition before or whether he has taken any other depositions in this action. Furthermore, Rule 26(d) does not apply in this case because plaintiff is confined in prison and proceeds without counsel. *See* Fed. R. Civ. P. 26(a)(1)(E)(iv), (d). None of the circumstances requiring an order of the court to take a deposition upon written questions are present here.

    Accordingly, it is ORDERED that plaintiff's October 9, 2007, request is denied as unnecessary.

Dated: October 25, 2007.

                       /s/ Edmund F. Brennan
                       EDMUND F. BRENNAN
                       UNITED STATES MAGISTRATE JUDGE