IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY PEREZ HERNANDEZ,

       Plaintiff,                        No. CIV S-07-0252 GEB EFB P

    vs.

JEANNE WOODFORD, et al.,

       Defendants.              ORDER

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On January 25, 2008, plaintiff filed a request for an extension of time to file a pretrial statement. *See* Fed. R. Civ. P. 6(b). On January 31, 2008, defendants Malfi and Lebeck filed a motion for summary judgment. On February 14, 2008, plaintiff filed a request for an extension of time to file an opposition. For the reasons explained below, the court denies plaintiff's request for additional time to file a pretrial statement and grants the request for additional time to file an opposition to defendants' motion for summary judgment.

       Plaintiff believes that the August 20, 2007, order governing discovery and making a schedule in this action sets February 1, 2008, as the date by which plaintiff must file a pretrial statement. However, February 1, 2008, was the date by which the parties must have filed motions which could resolve this action. No order in this action has set the time for pretrial

1

1 statements to be filed. The court notes that defendants timely filed a motion for summary
2 judgment. As stated above, plaintiff has sought an extension of time to file an opposition.
3     Accordingly, it hereby is ORDERED that:
4     1. Plaintiff's January 25, 2008, request is denied as unnecessary;
5     2. Plaintiff's February 14, 2008, motion is granted and plaintiff has 30 days from the
6 date this order is filed to file an opposition to defendants' motion for summary judgment.
7 Dated: March 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2